UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| K. Braeden Anderson and Thomas Castellanos, | 9th Cir. No. 25-4218 |
| Objectors-Appellants | |
| v. | STIPULATED MOTION TO VOLUNTARITLY DISMISS THOMAS CASTELLANOS FROM APPEAL |
| National Collegiate Athletic Association, et al. | |
| Defendants- Appellees. | |

Pursuant to Federal Rule of Appellate Procedure 42(b), Objector-Appellants and all Defendants - Appellees hereby move the Court for an Order dismissing <u>only</u> Objector-Appellant Thomas Castellanos from this pending appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

1

Dated: September 26, 2025

/s/ Patrick A. Bradford
Attorney for Objector-Appellants
K. Braeden Anderson
Thomas Castellanos

/s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
Emilee N. Sisco (*pro hac vice*)
Stephanie Verdoia (*pro hac vice*)
Meredith Simons (SBN 320229)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: ( 206) 623-0594
steve@hbsslaw.com
emilees@hbsslaw.com
stephaniev@hbsslaw.com
merediths@hbsslaw.com

Benjamin J. Siegel (SBN 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com

Jeffrey L. Kodroff (pro hac vice)
Eugene A. Spector (pro hac vice)
SPECTOR ROSEMAN & KODROFF, PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile:(215)496-6611
jkodroff@srkattorneys.com
espector@srkattorneys.com

/s/ Jeffrey L. Kessler
Jeffrey L. Kessler (pro hac vice)
David G. Feher (pro hac vice)
David L. Greenspan (pro hac vice)
Adam I. Dale (pro hac vice)
Sarah L. Viebrock (pro hac vice)
Neha Vyas (pro hac vice)
WINSTON & STRAWN LLP

200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com dfeher@winston.com
dgreenspan@winston.com aidale@winston.com
sviebrock@winston.com nvyas@winston.com

Jeanifer E. Parsigian (SBN 289001)
WINSTON & STRAWN LLP
101 California Street, 21st Floor San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
jparsigian@winston.com
Class Counsel for Plaintiffs

/s/Rakesh N. Kilaru
Attorney for Appellee National Collegiate Athletic Association

/s/Whitty Somvichian Attorney for Appellee PAC-12 Conference

/s/Timothy Leake
Attorney for Appellee The Big Ten Conference, Inc.

/s/Angela C. Zambrano Attorney for Appellee The Big Twelve Conference, Inc.

/s/Robert W. Fuller, III Attorney for Appellee Southeastern Conference

/s/Christopher S. Yates
Attorney for Appellee Atlantic Coast Conference

3