UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: College Athlete NIL Litigation ──────────────────────────── GRANT HOUSE; et al.,         Plaintiffs - Appellees,  v. KACIE BREEDING; et al.,         Objectors - Appellants,  v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al.,         Defendants - Appellees. | No. 25-3722 D.C. No. 4:20-cv-03919-CW Northern District of California, Oakland ORDER |
| In re: College Athlete NIL Litigation ──────────────────────────── DEWAYNE CARTER; et al.,         Plaintiffs - Appellees,  v. CHARLOTTE NORTH; et al.,         Objectors - Appellants,  v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al., | No. 25-3835 D.C. No. 4:20-cv-03919-CW Northern District of California, Oakland |

| | |
|---|---|
| Defendants - Appellees. | |
| In re: College Athlete NIL Litigation _____ DEWAYNE CARTER; et al.,       Plaintiffs - Appellees,  v. TYLER PHILLIPS,       Objector - Appellant,  v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al.,       Defendants - Appellees. | No. 25-4137 D.C. No. 4:20-cv-03919-CW Northern District of California, Oakland |
| In re: College Athlete NIL Litigation _____ DEWAYNE CARTER; et al.,       Plaintiffs - Appellees,  v. SEBASTIAN RIVERA and RYAN DEAKIN,       Objectors - Appellants,  v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al.,       Defendants - Appellees. | No. 25-4150 D.C. No. 4:20-cv-03919-CW Northern District of California, Oakland |

| | |
|---|---|
| In re: College Athlete NIL Litigation <br> _____ <br><br> DEWAYNE CARTER; et al., <br><br>       Plaintiffs - Appellees, <br> v. <br><br> GRACE MENKE; et al., <br><br>       Objectors - Appellants, <br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al., <br><br>       Defendants - Appellees. | No. 25-4190 <br><br> D.C. No. 4:20-cv-03919-CW <br> Northern District of California, Oakland |
| In re College Athlete NIL Litigation <br> _____ <br><br> DEWAYNE CARTER; et al., <br><br>       Plaintiffs - Appellees, <br> v. <br><br> K. BRAEDEN ANDERSON and THOMAS CASTELLANOS, <br><br>       Objectors - Appellants, <br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION; et al., <br><br>       Defendants - Appellees. | No. 25-4218 <br><br> D.C. No. 4:20-cv-03919-CW <br> Northern District of California, Oakland |

The motion (Docket Entry No. 31) for partial voluntary dismissal of case No. 25-4218 by objector Thomas Castellanos is granted. Case No. 25-4218 is dismissed as to objector Thomas Castellanos only and will continue as to the other parties. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court as to objector Thomas Castellanos in case No. 25-4218 only.

These consolidated appeals shall proceed as to the remaining parties.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT